# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:13-CR-0246** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **ANGELA MARTINEZ-SALINAS (9)** and | : | |
| **DANIEL LOPEZ LOPEZ (10),** | : | |
| Defendants | : | |

## **O R D E R**

AND NOW, this 24th day of February, 2016, upon consideration of the government's motion to dismiss indictment (Doc. 290) and representation that dismissing charges against the above-named defendants is in the interests of justice, it is hereby ORDERED that the government's motion (Doc. 290) is GRANTED.  Charges brought against the above-captioned defendants in the above-captioned indictment are DISMISSED.

S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania
